# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100004259551006 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. 20-141M<br><br>**Filed Under Seal** |

## MOTION AND ORDER TO UNSEAL SEARCH WARRANT, APPLICATION, AND AFFIDAVIT FOR SEARCH WARRANT

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Christopher R. Howland, Assistant United States Attorney, to respectfully move to unseal the (1) Application for Search Warrant; (2) Warrant; (3) Affidavit for Search Warrant, and (4) this Motion to Unseal, filed in the instant case. In support of this Motion, the United States submits the following:

1. On June 23, 2020, the Government submitted an Application for a Search Warrant related to Defendant's Facebook account, along with an Affidavit in support. The Court granted the Search Warrant. The Government also requested that the Search Warrant and related materials be sealed in order to safeguard from public scrutiny certain sensitive information and to ensure the integrity of the investigation. The Court granted the Government's request for sealing.

2. On September 10, 2020, the grand jury returned an Indictment charging Defendant with one count of civil disorder, *see* 18 U.S.C. §231(a)(3). (D.I. 14)

3. Counsel for the Government and Defendant have continued to engage in discussions regarding discovery and other pre-trial matters. The Government has produced a preliminary discovery packet and continues to be in regular communication with Defendant's counsel.

FILED

OCT - 8 2020

U.S. DISTRICT COURT DISTRICT OF DELAWARE

4.  Defense counsel has requested additional discovery regarding the Government's investigation, including any forensic reports in the Government's possession. Furthermore, given the progression of the case, the necessity for continuing to maintain the Search Warrant and related documents under seal no longer exists.

WHEREFORE, the Government respectfully requests that the Court grant its Motion to Unseal the aforementioned (1) Application for Search Warrant; (2) Warrant; (3) Affidavit for Search Warrant, and (4) this Motion to Unseal. A proposed Order is attached.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By: /s/ *Christopher R. Howland*
Christopher R. Howland
Assistant United States Attorney

Dated: October 8, 2020